Caroline Heafner, administratrix of the estate of John Heafner, deceased, plaintiff in error, v. Chicago & Alton Railroad Company, defendant in error.

Action to recover for wrongful death of a trackman by being struck by cars. Judgment for defendant. Error to the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed November 7, 1919.

J. B. Harris, for plaintiff in error. C. E. Pope, for defendant in error; Silas H. Strawn, of counsel.

Mr. Justice Eagleton delivered the opinion of the court.

---

Sarah C. Sims, appellee, v. Central Business Men's Association, appellant.

Action to recover on accident policy for accidental death by fall. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed November 7, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Helmer, Moulton, Whitman & Whitman, for appellant; Frank A. Helmer, Charles R. Holton and Terry, Gueltig & Powell, of counsel. R. Guy Kneedler and Geers & Geers, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.

---

John H. Joyce, administrator of the estate of Charles H. Joyce, deceased, appellee, v. East St. Louis Railway Company, appellant.

Action to recover for wrongful death due to collision between street car and automobile in which decedent was riding. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed November 7, 1919.

Dan McGlynn, for appellant. Kramer, Kramer & Campbell and R. E. Costello, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.

---

J. J. Allen, appellee, v. H. J. Bayer, appellant.

Action to recover money paid for stolen automobile. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed November 7, 1919.

M. R. Sullivan, for appellant. William J. Baxter, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.

---

Louisa Storment et al., appellants, v. Aetna Insurance Company, appellee.

Appeal from the Circuit Court of Jefferson county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded on authority of Storment v. Hartford Fire Ins. Co., *ante*, p. 287. Opinion filed November 7, 1919.

Kagy & Vandervort, for appellants; Curtis Williams, of counsel. Charles B. Obermeyer and Norman H. Moss, for appellee.

Per Curiam.